JS 45 (01/2008)                          <u>**REDACTED**</u>

Criminal Case Cover Sheet                                        U.S. District Court

| | | | |
|---|---|---|---|
| **Place of Offense:** | Under Seal:Yes _X_ No____ | Judge Assigned: | LMB |
| City    Lorton | Superseding Indictment _____ | Criminal Number: | 1:26-CR-39 |
| County/Parish _____ | Same Defendant _____ | New Defendant | X |

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

<u>Defendant Information:</u>

**Juvenile --Yes ___ No X__ FBI #** _____

**Defendant Name:** Cindy Zurawski Babbitt _____ Alias Name(s)_____

**Address:** Washington 98109-4037 _____

**Employment:** _____

**Birth date** 1969 ____ **SS#** 8413 ____ Sex F_ Def Race White ____ Nationality USA ____ Place of Birth Unknown ____

**Height** 5'6" ___ **Weight** 140 ___ **Hair** Brown ____ Eyes\Green ____ Scars/Tattoos ____ Unknown ____

**Interpreter:** X_ No ____ Yes List language and/or dialect: _____ Automobile Description _____

<u>Location Status:</u>

Arrest Date _____

___Already in Federal Custody as of _____ in _____

___Already in State Custody    ___On Pretrial Release    X_ Not in Custody

X_ Arrest Warrant Requested    ___Fugitive    ___Summons Requested

___Arrest Warrant Pending    ___Detention Sought    ___Bond

<u>Defense Counsel Information:</u>

| | | |
|---|---|---|
| Name: _____ | ___Court Appointed | Counsel conflicted out: |
| Address: _____ | ___Retained | |
| Telephone:_____ | ___Public Defender | Federal Public Defender's Office conflicted out: No |

<u>U.S. Attorney Information:</u>

AUSA   Zachary H. Ray ____ Telephone No:   703-299-3925 ____    Bar #_____

<u>Complainant Agency, Address & Phone Number  or Person & Title:</u>

USSS Special Agent Samuel Kolb, (202) 538-9813

---

<u>U.S.C. Citations:</u>

| | <u>Code/Section</u> | <u>Description of Offense Charged</u> | <u>Count</u> | <u>Capital/Felony/Misd/Petty</u> |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1343 & 2 | Wire Fraud | 1-3 | Felony |
| Set 2 | | | | |

(May be continued on reverse)

**Date:** February 24, 2026 ____ Signature of AUSA:    /s/ Zachary H. Ray ____